WINDELS MARX LANE & MITTENDORF, LLP
*Successor Attorneys for Alan Nisselson, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
(212) 237-1000

Attorneys Appearing: Howard L. Simon (hsimon@windelsmarx.com)
Regina Griffin (rgriffin@windelsmarx.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>RUBY G. EMANUEL,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 97-44969 (SMB) |

## NOTICE OF PRESENTMENT OF ORDER AWARDING SANCTIONS

**PLEASE TAKE NOTICE** that on February 18, 2010 at 12:00 p.m. (the "Presentment Date") Alan Nisselson (the "Trustee"), trustee of the chapter 7 estate of Ruby G. Emanuel (the "Debtor"), by his successor attorneys, Windels Marx Lane & Mittendorf, LLP, will present the attached proposed order (the "Order") awarding sanctions to The Honorable Stuart M. Bernstein, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that responses and objections ("Objections"), if any, to the proposed Order must be in writing, conform to the Bankruptcy Rules and the Local Rule of the Bankruptcy Court, and be electronically filed in accordance with the General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at the Court's official website located at www.nysb.uscourts.gov ), and shall be filed with the Court (with a courtesy copy delivered to the Chambers of Judge Stuart M. Bernstein) and served so as actually received not later than February 12, 2010 at 5:00 p.m. upon: (i) the undersigned attorneys for the Trustee; (ii) Jacoby & Meyer, Successor Special Personal Injury

Attorneys for the Trustee, c/o Melanie Jill Dritz, Esq., Wilmer Hale, 399 Park Avenue New York, NY 10022; (iii) The Office of the United State Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Greg Zipes, Esq.).

**PLEASE TAKE FURTHER NOTICE** that unless Objections are filed and served as set forth above, the Court may enter the Order. In the event that any Objections are filed and served, a hearing will be scheduled before The Honorable Stuart M. Bernstein, in his courtroom at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004. The objecting party or parties: (i) will be advised of the hearing date; and (ii) must attend the hearing either in person or telephonically. The hearing may be adjourned from time to time without any further notice except for an announcement at the hearing.

Dated: New York, New York
February 2, 2010

WINDELS MARX LANE & MITTENDORF LLP
*Successor Attorneys for the Chapter 7 Trustee*

By: /s/ Alan Nisselson
Alan Nisselson (anisselson@windelsmarx.com)
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000