**WINDELS MARX LANE & MITTENDORF, LLP**
*Successor Attorneys for Alan Nisselson, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
(212) 237-1000

Attorneys Appearing: Howard L. Simon (hsimon@windelsmarx.com)
Regina Griffin (rgriffin@windelsmarx.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>RUBY G. EMANUEL,<br><br>Debtor. | Chapter 7<br><br>Case No. 97-44969 (SMB) |

## ORDER AWARDING SANCTIONS

This Court having issued its Memorandum Decision regarding the Court's <u>Sua Sponte</u> motion for sanctions (Doc. No. 134), it is therefor

**ORDERED** that Kenneth Heller and Susan Harmon, jointly and severally, shall make payment of sanctions in the amount of $4,849.00 to Windels Marx Lane & Mittendorf, LLP no later than 14 days from the entry of the Order; and it is further

**ORDERED** that Susan Harmon shall make payment of sanctions in the amount of $5,890.75 to Jacoby & Meyers no later than 14 days from the entry of the Order.

Dated: New York, New York
February __, 2010

                                                                   _____
                                                                   Stuart M. Bernstein
                                                                   United States Bankruptcy Judge

{10548002:1}